IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA GOLDING                                                                                          PLAINTIFF

vs.                                        Civil No. 4:22-cv-04116

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## ORDER

Plaintiff has filed a complaint in this matter together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit, and, accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED.**

**IT IS SO ORDERED THIS 1ST DAY OF DECEMBER 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE